FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 12 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SACR 10-0074 DOC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Tung Thanh Doan | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant submits to detention._

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Defendant submits to detention._

IT IS ORDERED that defendant be detained.

DATED: 2-12-2015

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2